

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00392-CR

State of **TEXAS**,
Appellant

v.

Lee Allison **GOINS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2733
Honorable Raymond Angelini, Judge Presiding[1]

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the State's motion for rehearing is denied. This court's opinion and judgment dated May 15, 2019 are withdrawn, and this opinion and judgment are substituted in their stead. The trial court's judgment is AFFIRMED.

SIGNED August 7, 2019.

_____
Irene Rios, Justice

---

[1]The Honorable Raymond Angelini, retired, was sitting by assignment and signed the order challenged on appeal.